UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DIRECTV, INC.<br>Plaintiff,<br><br>v.<br><br>TIMOTHY CONNICK<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-253 L |

## SATISFACTION OF JUDGMENT

Plaintiff, DIRECTV, Inc., certifies that Defendant, Timothy Connick, has satisfied the monetary damages portion of the Judgment in the within case, and that no monetary obligations remain owing thereunder. The injunctive relief remains in effect.

DIRECTV, INC.
By its Attorneys,

[signature]

Gardner H. Palmer, Jr. (#3707)
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903
Tel 401 274-4040
Fax 401 274-4099

Date: July 25, 2005

## CERTIFICATION

Timothy J. Robenhymer, Esq.
376 Broadway
Providence, RI 02909

I hereby certify that I sent a copy of the within pleading to counsel, as above, by first class mail, postage prepaid, on the 21st day of July, 2005.

[signature]